UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL FRANKO,

                    Plaintiff,                                    Case No. 1:21-cv-06115-VSB

        v.

OSKAR LEWNOWSKI, ORION RESOURCE                       **RULE 502(d) ORDER**
PARTNERS (USA) L.P., ORION
COMMODITIES GP LIMITED, ORION
COMMODITIES MANAGEMENT LLC, AND
JOHN DOES 1-10,

                    Defendants.

**VERNON S. BRODERICK, United States District Judge:**

        It is hereby ORDERED as follows:

        1.      The production of privileged or work-product protected documents, electronically

stored information ("ESI") or other information, whether inadvertent or otherwise, is not a

waiver of the privilege or protection from discovery in this case or in any other federal or state

proceeding.  This Order shall be interpreted to provide the maximum protection allowed by

Federal Rule of Evidence 502(d).

        2.      Nothing contained herein is intended to or shall serve to limit a party's right to

conduct a review of documents, ESI or other information (including metadata) for relevance,

responsiveness and/or segregation of privileged and/or protected information before production.

**SO ORDERED.**

Dated: September 28, 2023
       New York, New York

VERNON S. BRODERICK
United States District Judge