UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                    :
MICHAEL FRANKO,                                     :
                                                    :
                          Plaintiff,                :
                                                    :                    21-CV-6115 (VSB)
            - against -                             :
                                                    :                    **ORDER**
                                                    :
OSKAR LEWNOWSKI, et al.,                            :
                                                    :
                          Defendants.               :
                                                    :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

     A telephonic conference in this matter is scheduled for February 11, 2025 at 2:00 PM to discuss the parties' sixth discovery schedule extension request, (Doc. 62).  The dial-in number is 1-855-244-8681 and the access code is 2309 3085 835.  There is no attendee ID.

SO ORDERED.

Dated: January 28, 2025
     New York, New York

                           Vernon S. Broderick
                           United States District Judge